BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  2:11-MJ-0087 GGH |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | AND ORDER |
| | ) | |
| JUAN PAULO RIVAS HUIRACHE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:11-MJ-0087 GGH, against defendant JUAN PAULO RIVAS HUIRACHE.

DATED: 02/24/2012                                BENJAMIN WAGNER
                                                 UNITED STATES ATTORNEY


                                      By    /s/Michelle Rodriguez
                                            MICHELLE RODRIGUEZ
                                            Assistant U.S. Attorney

1

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 2:11-MJ-0087 GGH |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| | ) | |
| JUAN PAULO RIVAS HUIRACHE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP)complaint in the above referenced case, MAG No 2:11-MJ-0087 GGH against defendant JUAN PAULO RIVAS HUIRACHE is GRANTED.


DATED: February 27, 2012


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2